UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BLAKE O'BRYAN SWANN,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KEITH SEXTON, WASHINGTON  )<br>COUNTY COURT, GEORGE P. JONES  )<br>JUSTICE CENTER, and WASHINGTON  )<br>COUNTY DETENTION CENTER,  )<br>  )<br>  Defendants.  ) | No. 3:22-CV-236-DCLC-DCP |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Plaintiff's pending motion for leave to proceed *in forma pauperis* [Doc. 1] is **DENIED**, and this action is **DISMISSED without prejudice** to Plaintiff prepaying the filing fee, pursuant to 28 U.S.C. 1915(g). As the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**

                                                                                               s/Clifton L. Corker
                                                                                               United States District Judge

ENTERED AS A JUDGMENT

   *s/LeAnna Wilson*
    CLERK OF COURT